UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KURT W., et al.,

          Plaintiffs,

    v.

THE, OKTA,

          Defendant.

Case No. 25-cv-00475-SK

**ORDER TO SHOW CAUSE**

This action was scheduled for a case management conference on April 14, 2025 at 1:30 p.m. (Dkt. No. 27.) The initial case management conference was then continued to May 5, 2025. (Dkt. No. 36.) The Court's Standing Order requires that all parties appear through lead counsel. Without leave of Court or notice to any of the parties, counsel for Plaintiff failed to appear at the case management conference in violation of this Court's orders and Northern District Civil Local Rule 16-10(c). Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Plaintiff's counsel shall SHOW CAUSE why monetary sanctions in the amount of $500 should not be imposed on Plaintiff's counsel personally. Plaintiff shall file a written response to this Order to Show Cause by no later than May 14, 2025.

The Court FURTHER ORDERS that the Case Management Conference is CONTINUED to May 19, 2025.

**IT IS SO ORDERED**.

Dated: May 5, 2025

SALLIE KIM
United States Magistrate Judge